IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| CHRISTOPHER S. CHAPMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:13-cv-00195 |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Defendant, USAA Federal Savings Bank moved the court for an extension of time to file responsive pleadings to the Complaint (the "Motion").

The Plaintiff having consented to the extension of time, and finding it appropriate to do so, it is

ORDERED that USAA Federal Savings Bank's Motion is hereby GRANTED, and it shall file responsive pleadings on or by May 20, 2013.

SO ORDERED

Entered this 14th day of May, 2013.

/s/
James R. Spencer
United States District Judge

WE ASK FOR THIS:

_____
Jennifer L. Sarvadi, Esquire (VSB No. 47543)
Ryan Day, Esquire (VSB No. 76657)
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
(703) 647-5944 Phone
(703) 647-5994 Facsimile
jennifer.sarvadi@leclairryan.com
ryan.day@leclairryan.com
*Counsel for Defendant USAA Federal Savings Bank*


SEEN AND AGREED:

_____
Leonard A. Bennett, Esquire (VSB No. 37523)
Susan M. Rotkis, Esquire (VSB No. 40693)
Consumer Litigation Associates, P.C.
763 Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 Phone
(757) 903-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

and

Thomas R. Breeden
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
(703) 361-9277 Phone
(703) 257-2259 Facsimile
trb@tbreedenlaw.com
*Counsel for Plaintiff*