IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CHRISTOPHER CHAPMAN | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No. 3:13-cv-195 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that Gary Abbott of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters his appearance in this matter.

Respectfully submitted,
**CHRISTOPHER CHAPMAN**

_____/s/_____
Gary Abbott
VSB No. 68829
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
gary@clalegal.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 25th day of June, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com
Attorney for Experian Information Solutions, Inc.

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
804-344-6334
Fax: 804-344-8359
Email: gkronenberg@morrismorris.com
Attorney for TransUnion, LLC

John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Fax: 804-355-8748
Email: jmontgomery@jwm-law.com
Attorney for Equifax Information Services, LLC

James Douglas Cuthbertson
LeClairRyan PC (Alexandria)
2318 Mill Road
Suite 1100
Alexandria, VA 22314
703-647-5925
Fax: 703-647-5975
Email: douglas.cuthbertson@leclairryan.com

Attorney for USAA Federal Savings Bank

                                          /s/
Gary Abbott
VSB No. 68829
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 facsimile
gary@clalegal.com